# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| C-Suite Media, Inc<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C-Suite Network, et al.,<br><br>　　　　Defendants. | No. 2:17-CV-2102-CAS-PLA<br><br>Order Granting Stipulation of Dismissal |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants have stipulated to the dismissal of the action.

All claims and counterclaims in this action are dismissed WITH PREJUDICE, each party to bear its own costs.

Dated: December 5, 2017

_Christine A. Snyder_
United States District Judge

---

Order Granting Stipulation of Dismissal — C-Suite Media, Inc. v C-Suite Network, et al. No. 2:17-cv-2102-CAS-PLA — 1